DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN FLYNN** and **STACEY DEVER,**
Appellants,

v.

**FRENCH VILLAGE CONDOMINIUM ASSOCIATION, INC., BRYAN TAYLOR** and **JOHN BEECH,**
Appellees.

No. 4D2025-1538

[April 16, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502024CC001112XXXAMB.

Matthew J. Militzok of Militzok & Associates, P.A., Plantation, for appellants.

Forrest L. Andrews of Lydecker LLP, Miami, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***